Zachary L. Sanders
New Jersey State Bar No. 441112024
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Email: zachary.sanders@wilmerhale.com

*Counsel for Defendants Merck & Co., Inc.,*
*Robert M. Davis, Caroline Litchfield, and*
*Dean Y. Li*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL CRONIN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No. 2:25-cv-01208-JXN-AME |
| MERCK & CO., INC., ROBERT M. DAVIS, CAROLINE LITCHFIELD, and DEAN Y. LI, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Zachary L. Sanders of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY, 10007, hereby appears on behalf of Defendants Merck & Co., Inc., Robert M. Davis, Caroline Litchfield, and Dean Y. Li.

Dated: April 1, 2025

Respectfully submitted,

*/s/ Zachary L. Sanders*
Zachary L. Sanders
New Jersey State Bar No. 441112024
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Email: zachary.sanders@wilmerhale.com

*Counsel for Defendants Merck & Co., Inc.,
Robert M. Davis, Caroline Litchfield, and
Dean Y. Li*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 1st day of April, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachary L. Sanders*
Zachary L. Sanders