UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CRONIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Civil Action No. 25-01208-JXN-AME<br><br>ORDER FOR ADMISSION PRO HAC VICE of MICHAEL G. BONGIORNO, TAMAR KAPLAN-MARANS, and TANIA C. MATSUOKA |

This matter having come before the Court on the unopposed motion by Zachary L. Sanders, Esq. of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for defendants Merck & Co., Inc., Robert M. Davis, Caroline Litchfield, and Dean Y. Li ("Defendants"), for the pro hac vice admission of Michael G. Bongiorno, Esq., Tamar Kaplan-Marans, Esq., and Tania C. Matsuoka, Esq., pursuant to L. Civ. R. 101.1 [D.E. 8]; and the Court having considered the submissions in support of the motion, which reflect that these attorneys each satisfy the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and for good cause shown,

**IT IS** on this 5th day of May 2025,

**ORDERED** that the motion for the pro hac vice admission of Michael G. Bongiorno, Esq., Tamar Kaplan-Marans, Esq., and Tania C. Matsuoka, Esq. [D.E. 8] is granted; and it is further

**ORDERED** that Michael G. Bongiorno, a member in good standing of the Bars of the States of New York, Massachusetts, and New Hampshire, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Tamar Kaplan-Marans, a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Tania C. Matsuoka, a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that, in connection with this admission pro hac vice, Mr. Bongiorno, Ms. Kaplan-Marans, and Ms. Matsuoka shall each comply with the following:

1. Abide by Local Civil Rule 101.1(c) and all rules of this Court, including all disciplinary rules;

2. Notify the Court immediately of any matter affecting his or her standing at the bar of any court;

3. Be deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from his or her participation in this matter;

4. Make all required payments to the New Jersey Lawyers' Fund for Client Protection (the "Fund") in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and continue to make payment, or cause payment to be made, for each calendar year in which he or she continues to represent Defendants before this Court. Moreover, in accordance with New Jersey Court Rule 1:21-2, pro hac vice counsel shall provide a copy of this order to the Fund with counsel's submission of all such payments; and

5. Pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3), if he or she has not already done so in connection with this action; and it is further

**ORDERED** that movant Zachary L. Sanders, Esq., or another attorney associated with the law firm Wilmer Cutler Pickering Hale and Dorr LLP who is admitted to practice law in this District, shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Mr. Bongiorno, Ms. Kaplan-Marans, and Ms. Matsuoka (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Mr. Bongiorno, Ms. Kaplan-Marans, and Ms. Matsuoka in this matter; and it is further

**ORDERED** that Mr. Bongiorno, Ms. Kaplan-Marans, and Ms. Matsuoka may each file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge