**KASOWITZ BENSON TORRES LLP**
Stephen W. Tountas (ID: 037962003)
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Facsimile: (973) 643-2030
stountas@kasowitz.com

*Liaison Counsel for AMF Tjänstepension AB*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CRONIN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>MERCK & CO., INC., ROBERT M. DAVIS, CAROLINE LITCHFIELD, and DEAN Y. LI,<br><br>        Defendants. | No. 2:25-cv-01208-JXN-AME<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

1. WHEREAS, on February 12 2025, plaintiff in the above-captioned action filed this securities class action against Merck & Co., Inc. ("Merck" or the "Company"), and certain of its executive officers (together, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (the "Action");

2. WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on February 12, 2025, counsel for plaintiff published a notice in *Globe Newswire* which alerted investors to the pendency of the Action and informed them of the 60-day deadline to seek appointment as Lead Plaintiff, which was on April 14, 2025;

3. WHEREAS, on April 14, 2025, five proposed Lead Plaintiffs filed motions for Lead Plaintiff appointment (ECF Nos. 12-16), including AMF Tjänstepension AB ("AMF") (ECF No. 13) and KBC Asset Management NV and Wayne County Employees' Retirement System (together, "KBC-Wayne County") (ECF No. 16);

4. WHEREAS, each of the movants other than AMF and KBC-Wayne County have withdrawn their Lead Plaintiff motions or filed notices that they do not oppose the competing motions (ECF Nos. 21-23);

5. WHEREAS, the PSLRA establishes a presumption that the "most adequate plaintiff" is the "person or group of persons" that "has the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure," 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

6. WHEREAS, courts have repeatedly recognized that the PSLRA expressly permits the appointment of a group of class members as lead plaintiff, *see, e.g., Greene v. Prince*, 2023 WL 6785119, at *5 (D.N.J. Oct. 13, 2023);

7. WHEREAS, both AMF and KBC-Wayne County incurred losses that collectively are nearly identical, and using the various measures of financial interest endorsed by courts in this District and throughout the country, each movant could claim to have the "largest financial interest";

8. WHEREAS, AMF and KBC-Wayne County are the only remaining Lead Plaintiff movants and, as a result, assert the two largest losses of the competing Lead Plaintiff movants, and therefore have the "largest financial interest" in the relief sought by the class in the Action, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(bb);

9. WHEREAS, AMF and KBC-Wayne County each satisfy the relevant requirements of Rule 23, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc);

10. WHEREAS, AMF and KBC-Wayne County each concluded that a protracted dispute concerning Lead Plaintiff appointment in the Action is not in the

best interests of the class, particularly in light of the fact that their respective financial interests are comparable and that jointly prosecuting the Action would be appropriate and assist with the speedy and efficient litigation of the Action, *see* Joint Declaration in Support of Stipulation and [Proposed] Order Appointing Lead Plaintiff and Approving Selection of Lead Counsel ("Joint Decl."), ¶¶ 5-7;

11. WHEREAS, AMF and KBC-Wayne County agreed to resolve their competing motions and to seek, with the Court's approval, to serve jointly as Lead Plaintiff, *see* Joint Decl., ¶ 5;

12. WHEREAS, courts throughout the country routinely appoint a group as lead plaintiff when competing movants stipulated to work together after the statutory deadline for seeking appointment as lead plaintiff, and are not simply joining forces to supplant another competing movant with a potential larger financial interest, *see, e.g.*, *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD (N.D. Cal. Aug. 3, 2018), ECF No. 56 (approving a stipulation appointing two competing institutional investor movants as co-lead plaintiff and their law firms as co-lead counsel); *Joyce v. Amazon.com, Inc.*, No. 2:22-cv-00617-JHC (W.D. Wash. July 22, 2022), ECF No. 55 (same); *accord Lavin v. Virgin Galactic Holdings, Inc.*, No. 1:21-cv-03070-ARR-TAM, ECF No. 22 (E.D.N.Y. Sept. 17, 2021) (same);

13. WHEREAS, as the only class members still seeking appointment as Lead Plaintiff, AMF and KBC-Wayne County are not seeking to collaborate for the purpose of aggregating their losses to supplant a competing movant;

14. WHEREAS, AMF and KBC-Wayne County have agreed to select the law firms of Labaton Keller Sucharow LLP ("Labaton"), Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and Motley Rice LLC ("Motley Rice"), to serve as Lead Counsel for the class;

15. WHEREAS, AMF and KBC-Wayne County are familiar with the experience, resources, and successes of Labaton, Robbins Geller, and Motley Rice, and are aware that they are each accomplished law firms with significant experience in securities class action litigation and a history of achieving significant recoveries for investors, *see* Joint Decl., ¶ 11;

16. WHEREAS, AMF and KBC-Wayne County are satisfied that, under their supervision, Labaton, Robbins Geller, and Motley Rice are capable of jointly prosecuting the class's claims in a manner that will best serve the interests of the class, particularly given their prior experience working together productively in other securities class action litigation. *See, e.g., City of Providence, Rhode Island v. BATS Global Markets, Inc.*, No. 1:14-cv-2811, ECF No. 209 (S.D.N.Y. July 1, 2014) (appointing Motley Rice, Robbins Geller, and Labaton as co-lead counsel); *Boston Ret. Sys. v. Alexion Pharms. Inc.*, No. 3:16-cv-02127 (D. Conn.) (where Labaton and

Motley Rice served as co-lead counsel and secured a favorable $125 million settlement for investors); *Allison v. Oak Street Health Inc.*, No. 1:22-cv-0149 (N.D. Ill.) (where Labaton and Robbins Geller served as co-lead counsel and secured a favorable $60 million settlement for investors); *In re Twitter, Inc. Sec. Litig.*, No. 4:16-cv-05314 (N.D. Cal.) (where Motley Rice and Robbins Geller served as co-class counsel and secured a favorable $809.5 million recovery for investors);

17. WHEREAS, AMF and KBC-Wayne County believe it is in the best interests of the class for them to work together to efficiently litigate the Action as Lead Plaintiff, and for their choice of counsel, Labaton, Robbins Geller, and Motley Rice, to serve as Lead Counsel on behalf of the class, *see* Joint Decl., ¶¶ 5-10; and

18. WHEREAS, AMF and KBC-Wayne County are sophisticated institutional investors collectively responsible for managing hundreds of billions of dollars in assets and are committed to supervising the conduct of this litigation by their counsel in an independent manner and to ensuring that counsel coordinate appropriately and avoid duplication of effort in the conduct of the litigation, *see* Joint Decl., ¶¶ 2-5.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

5

1. The Action shall be captioned "*In re Merck & Co, Inc. Securities Litigation*" and shall be maintained under Master File No. 2:25-cv-01208-JXN-AME;

2. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), AMF and KBC-Wayne County are appointed as Lead Plaintiff in the Action; and

3. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Labaton, Robbins Geller, and Motley Rice are appointed as Lead Counsel in the Action.

IT IS SO STIPULATED.

Dated: May 5, 2025

So ORDERED on 12/4/2025:

*[signature]*

JULIEN XAVIER NEALS
United States District Judge

Respectfully submitted,

/s/ *Francis P. McConville*
**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*pro hac vice* pending)
Connor C. Boehme (*pro hac vice* pending)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff AMF Tjänstepension AB and Proposed Lead Counsel for the Class*

/s/ *Stephen W. Tountas*
**KASOWITZ BENSON TORRES LLP**
Stephen W. Tountas (ID: 037962003)
One Gateway Center

6

Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Facsimile: (973) 643-2030
stountas@kasowitz.com

*Liaison Counsel for AMF Tjänstepension AB*

/s/ *Christopher F. Moriarty*
**MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice* forthcoming)
Christopher F. Moriarty (*pro hac vice* forthcoming)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
glevin@motleyrice.com
cmoriarty@motleyrice.com

Daniel R. Lapinski
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500
dlapinski@motleyrice.com

/s/ *Darren J. Robbins*
**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
Danielle S. Myers
Michael Albert
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

7