Mark M. Makhail
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(t) (973) 622-4444

Michael G. Bongiorno (*pro hac vice*)
Tamar Kaplan-Marans (*pro hac vice*)
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800

*Counsel for Defendants Merck & Co., Inc.,*
*Robert M. Davis, Caroline Litchfield,*
*Joseph Romanelli, and Jannie Oosthuizen*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES LITIGATION | Master File No. 2:25-cv-01208-JXN-AME<br><br>Hon. Julien Xavier Neals<br>United States District Judge<br><br>Hon. André M. Espinosa<br>United States Magistrate Judge<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS
## THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, defendants Merck & Co., Inc., Robert M. Davis, Caroline Litchfield, Joseph Romanelli, and Jannie Oosthuizen ("Defendants"), by and through their undersigned counsel, shall move before the Honorable Julien Xavier Neals, United States District Judge for the District of New Jersey, for an Order dismissing with prejudice Plaintiffs' Amended Class Action Complaint for Violation of the Federal Securities Laws [ECF No. 63], dated February 20, 2026, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.*, for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion to Dismiss, Defendants will rely upon the accompanying Memorandum of Law and the accompanying Declaration of Tamar Kaplan-Marans (and exhibits thereto).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated December 17, 2025 (ECF No. 44), Lead Plaintiffs shall file any opposition to the Motion to Dismiss on or before June 30, 2026, and Defendants shall file a reply in further support of the Motion to Dismiss on or before August 14, 2026.

1

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

Dated: May 1, 2026

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael G. Bongiorno (*pro hac vice*)
Tamar Kaplan-Marans (*pro hac vice*)
Charlie C. Bridge (*pro hac vice*)
Phoebe Silos (*pro hac vice*)
Trena M. Riley
Sonora M. Taffa (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Charles.Bridge@wilmerhale.com
Phoebe.Silos@wilmerhale.com
Trena.Riley@wilmerhale.com
Sonora.Taffa@wilmerhale.com

Emily K. O'Hara (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
Emily.O'Hara@wilmerhale.com

*Counsel for Defendants Merck & Co., Inc., Robert M. Davis, Caroline Litchfield, Joseph Romanelli, and Jannie Oosthuizen*

*/s/ Mark M. Makhail*
**MCCARTER & ENGLISH, LLP**
Mark M. Makhail
Mark A. Makar
Kevin J. O'Toole, Jr.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(t) (973) 622-4444
mmakhail@mccarter.com
mmakar@mccarter.com
kotoole@mccarter.com

*Counsel for Defendants Merck & Co., Inc., Robert M. Davis, Caroline Litchfield, Joseph Romanelli, and Jannie Oosthuizen*

2